### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL DESANTO, | : | |
| Plaintiff, | : | Civil Action |
| | : | |
| v. | : | No. 21-1533-JHS |
| | : | |
| IKEA NORTH AMERICAN SERVICES, LLC | : | |
| | : | |
| Defendant. | : | |

### **DEFENDANT'S PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant IKEA North America Services, LLC (incorrectly named IKEA North American Services, LLC) (hereinafter "Defendant" or "IKEA"), by its undersigned attorneys, respectfully moves this Court for an Order dismissing Count I (Violation of Title VII of the Civil Rights Act of 1964) and Count II (Violations of the Age Discrimination in Employment Act) of Plaintiff Michael DeSanto's Complaint with prejudice for failure to state a claim upon which relief can be granted under Rule 12(b)(6) of the Federal Rules of Civil Procedure.  Defendant incorporates the attached Brief in Support of Defendant's Partial Motion to Dismiss as if fully set forth herein.  If this Motion is opposed, oral argument is requested.  A proposed Order granting the requested relief accompanies this Motion.

Respectfully submitted,

*/s/ Robert C. Perryman*
Paul Lancaster Adams, Esq.
Brandon R. Sher, Esq.
Robert C. Perryman, Esq.
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
1735 Market Street, Suite 3000
Philadelphia, PA 19103
(215) 995-2800
pladams@ogletree.com

                                      brandon.sher@ogletree.com
                                      robert.perryman@ogletree.com

Dated:  June 1, 2021                  *Attorneys for Defendant*
                                      *IKEA North America Services, LLC*