IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL DESANTO,

        Plaintiff,

  v.

IKEA NORTH AMERICAN SERVICES, LLC d/b/a IKEA,

        Defendant.

CIVIL ACTION
NO. 21-1533

## ORDER

**AND NOW**, this 12th day of August 2021, upon consideration of Defendant's Partial Motion to Dismiss for Failure to State a Claim (Doc. No. 4), Plaintiff's Response in Opposition (Doc. No. 8), Defendant's Reply (Doc. No. 9), and in accordance with the Opinion of the Court issued this date, it is **ORDERED** as follows:

1. Defendant's Partial Motion to Dismiss (Doc. No. 4) is **DENIED**.

2. Defendant shall file an Answer to Plaintiff's Complaint within 21 days of the date of this Order.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.